```
ARNOLD & PORTER LLP
MAURICE A. LEITER (State Bar No. 123732)
maury.leiter@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

ARNOLD & PORTER LLP
MICHAEL J. BAKER (State Bar No. 56492)
michael.baker@aporter.com
SHARON D. MAYO (State Bar No. 150469)
sharon.mayo@aporter.com
JEREMY M. MCLAUGHLIN (State Bar No. 258644)
jeremy.mclaughlin@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: +1 415.471.3100
Facsimile: +1 415.471.3400

ARNOLD & PORTER LLP
STEVEN G. READE (DC Bar No. 370778)
   (admitted *pro hac vice* in lead case *Caouette*)
steven.reade@aporter.com
555 Twelfth Street, N.W.
Washington D.C. 20004-1206
Telephone:  +1 202.942.5000
Facsimile:  +1 202.942.5999
```

*Attorneys for Defendant McKesson Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VERTUS CORKERIN *et al.*, | **Case No.  CV-12-4803 EMC** |
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| BRISTOL-MYERS SQUIBB COMPANY, SANOFI-AVENTIS U.S. LLC., SANOFI-AVENTIS U.S., INC., SANOFI-SYNTHELABO, INC., MCKESSON CORPORATION, and DOES 1 to 100, | |
| Defendants. | |

---

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL                                         No. CV-12-4803 EMC

PLEASE TAKE NOTICE that pursuant to Local Rules 5-1 and 11-5, Defendant McKesson Corporation ("McKesson") hereby substitutes Maurice A. Leiter, Michael J. Baker, Sharon D. Mayo, Jeremy M. McLaughlin, and Steven G. Reade of Arnold & Porter LLP as its counsel of record in the above-captioned matter in place of Pavan L. Rosati of Goodman Neuman Hamilton LLP. This substitution of counsel is in the interests of justice, and not made for purposes of delay or any other improper purpose.

Accordingly, McKesson respectfully requests that the Court enter an order reflecting this substitution, that all necessary changes be made to the Court's record and ECF, and that all future communications regarding this case be directed to the following:

> ARNOLD & PORTER LLP
> MAURICE A. LEITER
> maury.leiter@aporter.com
> 777 South Figueroa Street, 44th Floor
> Los Angeles, California 90017-5844
> Telephone: +1 213.243.4000
> Facsimile: +1 213.243.4199
>
> ARNOLD & PORTER LLP
> MICHAEL J. BAKER
> michael.baker@aporter.com
> SHARON D. MAYO
> sharon.mayo@aporter.com
> JEREMY M. MCLAUGHLIN
> jeremy.mclaughlin@aporter.com
> Three Embarcadero Center, 7th Floor
> San Francisco, California 94111-4024
> Telephone: +1 415.471.3100
> Facsimile: +1 415.471.3400
>
> ARNOLD & PORTER LLP
> STEVEN G. READE
> steven.reade@aporter.com
> 555 Twelfth Street, N.W.
> Washington D.C. 20004-1206
> Telephone: +1 202.942.5000
> Facsimile: +1 202.942.5999

The undersigned parties consent to the above substitution of counsel.

| | |
|---|---|
| 1    Dated: November 2, 2012 | MCKESSON CORPORATION |
| 2 | One Post Street |
| | San Francisco, CA 94104 |
| 3 | |
| | By: /s/_____ |
| 4 |     GEORGETTE PAN |
| 5 | |
| | Litigation Counsel for McKesson Corp. |
| 6 | |
| 7    Dated: November 2, 2012 | ARNOLD & PORTER LLP |
| | Three Embarcadero Center, 7th Floor |
| 8 | San Francisco, CA 94111 |
| 9 | |
| | By: /s/_____ |
| 10 |     JEREMY M. MCLAUGHLIN |
| 11 | |
| | Attorneys for Defendants McKesson |
| 12 | Corporation, Bristol-Myers Squibb |
| | Company, Sanofi-Aventis U.S. LLC, |
| 13 | Sanofi US Services Inc., and Sanofi-Synthelabo Inc. |
| 14 | |
| 15    Dated: November 2, 2012 | HERSH & HERSH, PC |
| | 601 Van Ness Avenue, Suite 2080 |
| 16 | San Francisco, CA 94102 |
| 17 | |
| | THE MILLER FIRM, LLC |
| 18 | 108 Railroad Avenue |
| | Orange, VA 22960 |
| 19 | |
| | By: /s/_____ |
| 20 |     MARK E. BURTON, JR. |
| 21 | |
| | Attorneys for Plaintiffs |
| 22 | |
| 23    Dated: November 2, 2012 | GOODMAN NEUMAN HAMILTON LLP |
| | 417 Montgomery Street, 10th Floor |
| 24 | San Francisco, CA 94104 |
| 25 | |
| | By: /s/_____ |
| 26 |     PAVAN L. ROSATI |

27    **ATTESTATION**: The filer of this document attests that the concurrence of the other

28    signatories thereto has been obtained.

---

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL      No. CV-12-4803 EMC

**[PROP~~O~~SED] ORDER**

Having reviewed and considered Defendant McKesson Corporation's Notice of Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that Pavan L. Rosati of Goodman Neuman Hamilton LLP be permitted to withdraw as counsel of record, and Maurice A. Leiter, Michael J. Baker, Sharon D. Mayo, Jeremy M. McLaughlin, and Steven G. Reade of Arnold & Porter LLP may appear as substitute counsel of record. The Court's ECF system shall be updated to reflect these changes.

IT IS SO ORDERED.

Dated: \_\_\_\_11/6\_\_\_\_ 2012



_____
EDW
United

| | |
|---|---|
| 1 | ARNOLD & PORTER LLP |
| | MAURICE A. LEITER (State Bar No. 123732) |
| 2 | maury.leiter@aporter.com |
| | 777 South Figueroa Street, 44th Floor |
| 3 | Los Angeles, California 90017-5844 |
| 4 | Telephone: +1 213.243.4000 |
| | Facsimile: +1 213.243.4199 |
| 5 | |
| | ARNOLD & PORTER LLP |
| 6 | MICHAEL J. BAKER (State Bar No. 56492) |
| | michael.baker@aporter.com |
| 7 | SHARON D. MAYO (State Bar No. 150469) |
| | sharon.mayo@aporter.com |
| 8 | JEREMY M. MCLAUGHLIN (State Bar No. 258644) |
| 9 | jeremy.mclaughlin@aporter.com |
| | Three Embarcadero Center, 7th Floor |
| 10 | San Francisco, California 94111-4024 |
| | Telephone: +1 415.471.3100 |
| 11 | Facsimile: +1 415.471.3400 |
| 12 | |
| | ARNOLD & PORTER LLP |
| 13 | STEVEN G. READE (DC Bar No. 370778) |
| | (admitted *pro hac vice* in lead case *Caouette*) |
| 14 | steven.reade@aporter.com |
| | 555 Twelfth Street, N.W. |
| 15 | Washington D.C. 20004-1206 |
| 16 | Telephone: +1 202.942.5000 |
| | Facsimile: +1 202.942.5999 |
| 17 | |
| | *Attorneys for McKesson Corporation* |
| 18 | |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| VERTUS CORKERIN *et al.*, | ) | No. CV-12-4803 EMC |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRISTOL-MYERS SQUIBB COMPANY, | ) | **PROOF OF SERVICE** |
| SANOFI-AVENTIS U.S. LLC., SANOFI- | ) | |
| AVENTIS U.S., INC., SANOFI- | ) | |
| SYNTHELABO, INC., MCKESSON | ) | |
| CORPORATION, and DOES 1 to 100, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PROOF OF SERVICE | No. CV-12-4803 EMC

# PROOF OF SERVICE

I, Christopher S. Roberts, declare:

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024. On November 2, 2012, I served the following document(s) described as:

1. **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

2. **PROPOSED ORDER**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- ☐ by transmitting via email the document(s) listed above o the email address(es) set forth below on this date before 5:00 p.m.

- ☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☑ electronically through the Court's CM/ECF system.

| | |
|---|---|
| Nancy Hersh, Esq.<br>Mark E. Burton, Jr., Esq.<br>HERSH & HERSH, A Professional Corporation<br>601 Van Ness Avenue, Suite 2080<br>San Francisco, CA 94102 | Michael Miller, Esq.<br>Jeffrey A. Travers, Esq.<br>THE MILLER FIRM, LLC<br>108 Railroad Avenue<br>Orange, VA 22960 |
| *Attorneys for Plaintiffs* [via CM/ECF] | *Attorneys for Plaintiffs* [via U.S. Mail] |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California, on November 2, 2012.

_____
Christopher S. Roberts

PROOF OF SERVICE

No. CV-12-4803 EMC

-1-